**Tyrrall Farrow CANNON,
Plaintiff—Appellant,**

v.

**JUDICIAL COUNCIL OF CALIFOR-
NIA, Administration of the Court;
et al., Defendants—Appellees.**

No. 08–55014.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2009.*

Filed Aug. 17, 2009.

Tyrrall Farrow Cannon, Blythe, CA, pro se.

Before: KLEINFELD, M. SMITH, and IKUTA, Circuit Judges.

### MEMORANDUM **

Tyrrall Farrow Cannon, a California state prisoner, appeals pro se from the district court's order denying his application to proceed in forma pauperis. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir.1990), and we affirm.

The district court did not abuse its discretion by denying Cannon's application, because Cannon failed to timely submit the six-month trust fund prisoner account statement despite receiving an extension of time, and submitted only a partially completed application. *See* 28 U.S.C. § 1915(a); *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (per curiam) (holding that a claim of poverty under 28 U.S.C. § 1915 must be supported by an affidavit stating the relevant facts with "some particularity, definiteness, and certainty"); *Page v. Torrey*, 201 F.3d 1136, 1139 (9th Cir.2000) ("[P]risoner-plaintiffs seeking to proceed in forma pauperis [must] submit a certified copy of their prisoner trust fund account statement for the previous six months.").

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Cannon's pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.